In the Matter of the Administration of the Estate of LOUIS E. BABCOCK, Deceased.

GOULD PAPER COMPANY et al., Appellants; WILLIAM L. BABCOCK et al., as Administrators, Respondents.

*Matter of Babcock*, 169 App. Div. 903, affirmed.
(Argued November 16, 1915; decided November 30, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 27, 1915, which affirmed an order of the Lewis County Surrogate's Court determining the ownership of certain shares of stock by the consent (pursuant to former section 2710 of the Code of Civil Procedure) of the parties to a proceeding for the discovery of assets brought by the administrators of the estate of Louis E. Babcock against the Gould Paper Company, G. Henry P. Gould and Harry P. Gould, the said G. Henry P. Gould and Harry P. Gould having filed separate answers denying the petitioners' right or title to said shares of stock.

*Henry Purcell* for appellants.

*William Townsend* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.